# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF VIRGINIA
# RICHMOND DIVISION

**RE:  Estell Damron**                                              Case No. 16-33875

## AMENDED DIRECTIVE FOR VOLUNTARY PAYMENTS BY DEBTOR

The debtors having filed a petition under Chapter 13, title 11 U.S.C. or converted this case from Chapter 7;

IT IS DIRECTED;

That commencing immediately and continuing on the **5TH day** of each and every month thereafter until further Directive from the Trustee, the debtor(s) shall pay to SUZANNE E. WADE, TRUSTEE, P.O.BOX 983, Memphis Tennessee 38101-0983, the sum of **$72.00** per month.

THIS DIRECTIVE IS ENTERED PURSUANT TO GENERAL ORDER NO. 04-1 OF THE UNITED STATES BANKRUPTCY COURT.

Dated: March 15, 2017

                                    **/S/Suzanne E. Wade**
                                    Suzanne E. Wade, Trustee
                                    Eastern District of Virginia, Richmond Division

   The Trustee does hereby certify that a copy of this Directive was mailed to the debtor(s) on the date above written.

                                    **/S/Suzanne E. Wade**
                                    Suzanne E. Wade, Trustee